[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-13629
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 23, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:10-cr-20169-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARIEL PELIER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 23, 2011)

Before EDMONDSON, BARKETT and FAY, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Ariel Pelier, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pelier, in response, has filed a motion for appointment of new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pelier's convictions and sentences are **AFFIRMED**.

Pelier's motion for appointment of counsel is **DENIED** as moot.